UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH HOHMAN, | No. 2:13-cv-1698 CKD |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

By order filed August 20, 2013, plaintiff was directed to submit to the United States Marshal a completed summons and copies of the complaint, and to file a statement with the court that said documents had been submitted to the United States Marshal.

Plaintiff failed to submit the statement of compliance. More than three months have passed and no answer has been filed nor is there any evidence that plaintiff has taken the proper steps to ensure service of summons by the Marshal.

////

////

////

////

////

1

1  Accordingly, IT IS HEREBY ORDERED that within fourteen days from the date of this
2  order plaintiff shall show cause why this action should not be dismissed for lack of prosecution.
3  Dated: December 3, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 hohman1698.usm.osc