UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH HOHMAN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　　　Defendant. | No.  2:13-cv-1698 CKD<br><br><br>ORDER |

　　　　Plaintiff has responded to the December 3, 2013 order to show cause.  Good cause appearing, IT IS HEREBY ORDERED that the order to show cause is discharged.

Dated:  December 19, 2013

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

4 hohman1698.dis

1